# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-2323
LT Case No. 2012-CF-002435

———————————————

JOSEPH RICHARDS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.800 appeal from the Circuit Court for Marion County.
Lisa D. Herndon, Judge.

Joseph Richards, Crestview, pro se.

Ashley Moody, Attorney General, Tallahassee, and Whitney Brown Hartless, Assistant Attorney General, Daytona Beach, for Appellee.

January 2, 2024

PER CURIAM.

    AFFIRMED.  *See Martinez v. State*, 211 So. 3d 989 (Fla. 2017).

EDWARDS, C.J., SOUD, and KILBANE, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————